F07-5499 jll (November 19, 2007)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, ) | |
| As Trustee Of Ameriquest Mortgage Securities, Inc., ) | Case Number 07-03385 |
| Asset Backed Pass-Through Certificates, ) | |
| Series 20036-5, Under The Pooling And Servicing ) | Judge Christopher A. Boyko |
| Agreement Dated As Of April 1, 2003, ) | |
| Without Recourse ) | |
| ) | |
|     Plaintiff ) | |
| ) | **Judgment** |
| Vs. ) | |
| ) | |
| Darnell Spann, et al. ) | |
| ) | |
|     Defendants ) | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED:**
**DATE:** January 29, 2008

                                                                       s/Christopher A. Boyko
                                                                       **Judge Christopher A. Boyko**
                                                                       **United States District Judge**